UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00223 |
| | ) | JUDGE CAMPBELL |
| JOHN MURPHY | ) | |

## ORDER

The sentencing hearing currently scheduled for November 19, 2013, at 11:30 a.m. is RESCHEDULED for November 19, 2013, at 1:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE